DEBORD, et al., Movants, v. CLINE, Opposed.

Court of Appeals of Kentucky.

April 18, 1939.

W. R. McCoy for movants.

Jasper H. Preece, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

ADKINS, Movant, v. PATTON, Opposed.

Court of Appeals of Kentucky.

May 9, 1939.

Allen & Tackett for movant.

Hill & Hobson, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

CONANT'S ADMINISTRATOR (W. E. Chipps), Movant, v. CITIZENS
STATE BANK OF WICKLIFFE, Ky., Opposed.

Court of Appeals of Kentucky.

April 28, 1939.

Charles Ferguson for movant.

M. C. Anderson, opposed.

PER CURIAM.

Appeal denied; judgment affirmed on authority of Quigley v. Arteburn's Adm'r, 32 S. W. 165, 17 Ky. Law Rep. 565.